**KLEB REAL ESTATE, L.L.C., Respondent,**

v.

**Bob WOODSON, Appellant.**

**No. WD 60076.**

Missouri Court of Appeals, Western District.

June 28, 2002.

Bob Woodson, Kansas City, MO, appellant pro se.

Jeremiah Morgan, Kansas City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SMART, JJ.

**ORDER**

Tenant appeals from a judgment in favor of landlord in an action for unlawful detainer. Appellant raises six points, including assertions that respondent failed to comply with statute relating to action for rent and possession and failed to prove its ownership of the land. Judgment affirmed. Rule 84.16(b).